# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| OPERATING ENGINEERS LOCAL #49 HEALTH AND WELFARE FUND AND CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, LOCAL #49 INTERNATIONAL UNION OF OPERATING ENGINEERS AND ASSOCIATED GENERAL CONTRACTORS OF MINNESOTA APPRENTICESHIP AND TRAINING PROGRAM AND THEIR TRUSTEES,<br>        Plaintiffs,<br><br>v.<br><br>WAGNER EXCAVATING, LLC,<br>        Defendant. | Civil No. 09-0242 (JRT/RLE)<br><br><br><br>**ORDER TO SHOW CAUSE** |

___

  Amy Court, **MCGRANN, SHEA, ANDERSON, CARNIVAL, STRAUGHN & LAMB, CHTD,** 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

  The above matter came before the District Court upon Plaintiffs' Motion for Order to Show Cause as to why Defendant should not be held in civil contempt for failing to obey the Court's previous Order, dated and filed May 6, 2009. Pursuant to Plaintiffs' Motion, the Court now makes the following Order:

  **IT IS HEREBY ORDERED:**

Defendant Wagner Excavating, LLC and David Wagner are hereby ordered to personally appear before this Court on **July 20, 2009 at 10:30 a.m.** at the United States Courthouse, Courtroom 13E, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court Order should not be entered adjudging it in civil contempt of this Court for failing to submit to Plaintiffs the a complete set of the business records specified in the Court's Order for the period of April, 2008 through the present and to show cause why David Wagner should not be committed to confinement until compliance with the Court's Order of May 6, 2009.

DATED: June 18, 2009
at Minneapolis, Minnesota.

                                          ___s/John R. Tunheim___
                                            JOHN R. TUNHEIM
                                        United States District Judge