# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| OPERATING ENGINEERS LOCAL #49 HEALTH AND WELFARE FUND AND CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, LOCAL #49 INTERNATIONAL UNION OF OPERATING ENGINEERS AND ASSOCIATED GENERAL CONTRACTORS OF MINNESOTA APPRENTICESHIP AND TRAINING PROGRAM AND THEIR TRUSTEES,<br>                                      Plaintiffs,<br><br>v.<br><br>WAGNER EXCAVATING, LLC,<br>                                      Defendant. | Civil No. 09-0242 (JRT/RLE)<br><br><br><br>**RENEWED ORDER TO SHOW CAUSE** |

_____

Amy Court, Carl Wosmek, and Michael Eldridge, **MCGRANN, SHEA, ANDERSON, CARNIVAL, STRAUGHN & LAMB, CHTD,** 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

The above matter came before the District Court upon Plaintiffs' Motion for Order to Show Cause as to why Defendant should not be held in civil contempt for failing to obey the Court's previous Order, dated and filed May 6, 2009. Pursuant to Plaintiffs' Motion, the Court now makes the following Order:

**IT IS HEREBY ORDERED:**

Defendant Wagner Excavating, LLC and David Wagner are hereby ordered to personally appear before this Court on **September 30, 2009 at 2:00 p.m.** at the United States Courthouse, Courtroom 13E, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court Order should not be entered adjudging it in civil contempt of this Court for failing to submit to Plaintiffs records which were reasonably deemed necessary in the performance of Plaintiffs' audit and to show cause why David Wagner should not be ordered to pay a monetary sanction and/or committed to confinement until compliance with the Court's Order of May 6, 2009.

DATED: August 9, 2010
at Minneapolis, Minnesota.

                                          ___ s/John R. Tunheim ___
                                          JOHN R. TUNHEIM
                                          United States District Judge